UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ADVANCED MARKETING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-cv-11547-WGY |
| TENNESSEE VIRGINIA MULTIPLE LISTING SERVICE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION OF THE PLAINTIFF TO ENLARGE TIME IN WHICH TO FILE PLEADING RESPONSIVE TO COUNTERCLAIMS OF DEFENDANT**

Now comes the Plaintiff, Advanced Marketing Services, Inc. ("AMS"), and hereby moves this Honorable Court to enlarge the time period in which plaintiff may file an Answer, or pleading otherwise responsive to, the Counterclaims of Defendant, Tennessee Virginia Multiple Listing Service, Inc., to and including September 6, 2004.  As reasons in support, the plaintiff states the following:

1) Given the previous vacation schedules of plaintiffs counsel, additional time is needed to respond to the issues presented by the Counterclaims.

2) Counsel have initiated settlement discussions which may resolve the issues as between the parties.

3) No prejudice will result to any party by the allowance of this motion.

4) All parties assent to the allowance of the instant motion, as evidenced by the Local Rule 7.1 Certification filed herewith.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the relief requested. A proposed Order is attached hereto.

    Respectfully submitted,
ADVANCED MARKETING SERVICES, INC.
By its attorneys,

/s/
_____
Christopher T. Meier (BBO #640995)
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, Massachusetts 02108
(617) 367-2500

Dated: August 10, 2004