UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED MARKETING SERVICES, INC., <br>                  Plaintiff, <br> v. <br> TENNESSEE VIRGINIA MULTIPLE LISTING SERVICE, INC., <br>                  Defendant. | Civil Action No. 04-cv-11547-WGY |

**[PROPOSED] ORDER**

It is hereby ORDERED as follows:

The time period in which Plaintiff, Advanced Marketing Services, Inc., may file an Answer, or pleading otherwise responsive to, the Counterclaims of Defendant, Tennessee Virginia Multiple Listing Service, Inc., is hereby enlarged to and including September 6, 2004.

_____
William G. Young, Chief Justice
United States District Court for the District of Massachusetts

Dated: _____

J:\MYERS\AMS\Tennessee Virginia Multiple Listing Service\Pleadings\Motion to extend - Proposed Order.doc