UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED MARKETING SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> TENNESSEE VIRGINIA MULTIPLE LISTING SERVICE, INC., <br> Defendant. | Civil Action No. 04-cv-11547-WGY |

## LOCAL RULE 7.1 CERTIFICATE OF COUNSEL

I, Christopher T. Meier, counsel of record for the Plaintiff, Advanced Marketing Services, Inc., in the above-captioned matter, hereby certify that on August 10, 2004, I communicated via e-mail with Nancy M. Reimer, counsel for the defendant, Tennessee Virginia Multiple Listing Service, Inc., who assented to the relief requested by the instant motion.

/s/

_____
Christopher T. Meier, Esquire
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: August 10, 2004