UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED MARKETING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TENNESSEE VIRGINIA MULTIPLE LISTING SERVICE, INC., <br><br> Defendant. | Civil Action No. 04-cv-11547-WGY |

**[PROPOSED] ORDER**

It is hereby <u>ORDERED</u> as follows:

    The LR 16.1 Scheduling Conference, originally set for 10/18/04 02:00 PM before Chief Judge William G. Young, is hereby rescheduled to and set for _____.

                                                                              _____
                                                                             William G. Young, Chief Justice
                                                                             United States District Court for the District of
                                                                             Massachusetts

Dated: _____