UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED MARKETING SERVICES, INC., <br>              Plaintiff, <br><br> v. <br><br> TENNESSEE VIRGINIA MULTIPLE LISTING SERVICE, INC., <br>              Defendant. | Civil Action No. 04-cv-11547-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR PLAINTIFF BY ATTORNEY CHRISTOPHER T. MEIER

Please take notice that pursuant to LR 83.5.2, Christopher T. Meier, hereby withdraws his appearance in the above-captioned case on behalf of the plaintiff, Advanced Marketing Services, Inc. Davis, Malm & D'Agostine, P.C., and Attorney Thomas Frisardi of such firm, shall remain as counsel appearing for the plaintiff, and all future notices should be directed to Attorney Frisardi. A notice of this electronic filing has been served this day upon the plaintiff via first-class mail.

/s/
_____
Christopher T. Meier (BBO #640995)
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, Massachusetts 02108
(617) 367-2500

Dated: September 16, 2004