# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ADVANCED MARKETING** | **Civil Action**<br>**No: 04-11547-wgy** |
| **Plaintiff** | |
| v. | |
| **TENN. & VIRGINIA MLS**<br>**Defendant** | |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, C.J.**

    The Court having been advised on MON. 11/15/04 that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**November 15, 2004**

**To: All Counsel**